**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 16, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00875-CV

---

### IN RE WILMA REYNOLDS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

---

## MEMORANDUM OPINION

On October 31, 2014, relator Wilma Reynolds filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jeff Walker, visiting judge of the 300th District Court of Brazoria County, to set aside his October 29, 2014 orders (1) denying relator's objection to the assigned judge; (2) denying relator's motion to recuse Judge C.G. Dibrell; (3) denying relator's

motion to recuse Judge Randy Clapp; and (4) imposing sanctions against relator as void.

Five judges, plus the regional presiding judge, have been involved in the underlying case. Relator objected to the latest judge, Judge Walker, who was assigned to hear relator's recusal motions against Judge Dibrell and Judge Clapp pursuant to Chapter 74 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code Ann. § 74.053 (West 2013). Judge Walker denied relator's objection to his assignment, stating this was her second section 74.053 objection. Under section 74.053, a party is allowed only one objection to a visiting judge, except when a visting judge is a former judge. *Id.* § 74.053(b), (e). Wilma has not provided a sufficient record for this court to determine whether this was her first objection pursuant to section 74.053. *See Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992) (orig. proceeding).

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for a writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.